UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br> -against-<br><br>HEALTH HEAVEN SERVICES INC., DASHA STRONG, JOHN DOES 1 THROUGH 5 AND ABC CORPORATIONS 1 THROUGH 5,<br><br>          Defendants. | CIVIL ACTION<br><br>25-CV-3243 |

# APPENDIX TO COMPLAINT

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS FOR PLAINTIFFS
100 WALL STREET, SUITE 700
NEW YORK, NEW YORK 10005
(212) 858-7769

*Allstate Ins. Co., et al v. Health Heaven Services Inc., et al.*
**Predicate Acts**

| **MISREPRESENTATIONS INCLUDE THE FOLLOWING:** |
|---|
| 1. False and misleading statements as to the nature, quality and cost of the DME and/or orthotic devices, and related services purportedly provided to Covered Persons. |
| 2. False and misleading statements as to the reimbursement amounts Health Heaven Services Inc. was entitled to receive under the No-fault Law. |
| 3. False and misleading statements that the billed for DME and/or orthotic devices, and related services were actually provided. |
| 4. False and misleading submission of documents, including bills, delivery receipts and/or prescriptions, that deliberately concealed the manufacturer, make, model, size and quality of the items the Covered Persons allegedly received. |
| 5. False and misleading statements concealing that the DME and/or orthotic devices were prescribed and supplied pursuant to a pre-determined, fraudulent protocol. |
| 6. False and misleading statements that the charges for the DME and/or orthotic devices purportedly provided did not exceed the lesser of the acquisition cost of the medical equipment plus 50% or the usual and customary price charged to the public with respect to Non-Fee Schedule items. |
| 7. False and misleading statements that the DME and/orthotic devices, and related services purportedly provided to Covered Persons were medically necessary. |

| Claim Number | Covered Person | Docs Mailed | Mailed By | Mailed To / Received By | Approx. Date of Mailing | Item/Service | Dates of Service | Billing Code | Amount Billed | Amount Paid | False Statements |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0664208832-02 | L.W. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 1/8/2024 | Shoulder orthosis, shoulder … | 12/14/2023 | L3671 | $690.23 | $690.23 | 1-5,7 |
| 0697737757-03 | W.D. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 9/27/2023 | Cane, quad or three prong, i… | 8/17/2023 | E0105 | $18.75 | $18.75 | 1, 3-5,7 |
| 0697737757-03 | W.D. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 9/27/2023 | Knee orthosis, locking knee … | 8/17/2023 | L1831 | $208.13 | $208.13 | 1-5,7 |
| 0707409982-01 | A.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 9/11/2023 | Cervical traction equipment … | 8/18/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0707409982-01 | A.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 9/11/2023 | Delivery Fee | 8/18/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0707409982-01 | A.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 9/11/2023 | Lumbar-sacral orthosis, sagi… | 8/18/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0707409982-01 | A.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 9/11/2023 | Knee orthosis, single uprigh… | 8/18/2023 | L1844 | $1,107.70 | $1,107.70 | 1-5,7 |
| 0708588330-01 | N.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/13/2023 | Delivery Fee | 5/18/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0708588330-01 | N.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/13/2023 | Shoulder orthosis, abduction… | 5/18/2023 | L3674 | $896.92 | $896.92 | 1-5,7 |
| 0708588330-01 | N.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 7/3/2023 | Delivery Fee | 6/3/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0708588330-01 | N.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 7/3/2023 | Lumbar-sacral orthosis, sagi… | 6/3/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0708588330-01 | N.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/14/2023 | Delivery Fee | 6/7/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0708588330-01 | N.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/14/2023 | Shoulder orthosis, abduction… | 6/7/2023 | L3674 | $896.92 | $896.92 | 1-5,7 |
| 0708588330-02 | G.V. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/29/2023 | Delivery Fee | 6/22/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0708588330-02 | G.V. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/29/2023 | Lumbar-sacral orthosis, sagi… | 6/22/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0711452185-02 | D.B. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/22/2023 | Delivery Fee | 6/2/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0711452185-02 | D.B. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/22/2023 | Lumbar-sacral orthosis, sagi… | 6/2/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0711452185-02 | D.B. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/29/2023 | Delivery Fee | 6/21/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0711452185-02 | D.B. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/29/2023 | Knee orthosis, adjustable kn… | 6/21/2023 | L1832 | $1,215.10 | $607.55 | 1-5,7 |
| 0711491241-02 | L.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 8/18/2023 | Delivery Fee | 7/25/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0711491241-02 | L.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 8/18/2023 | Lumbar-sacral orthosis, sagi… | 7/25/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/30/2023 | Dry pressure mattress | 6/17/2023 | E0184 | $153.13 | $153.13 | 1-5,7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/30/2023 | Positioning cushion/pillow/w… | 6/17/2023 | E0190 | $22.04 | $22.04 | 1, 3-5,7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/30/2023 | Dry pressure pad for mattres… | 6/17/2023 | E0199 | $19.48 | $19.48 | 1, 3-5,7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/30/2023 | Massager | 6/17/2023 | E1399 | $164.00 | $164.00 | 1-7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/30/2023 | General use wheelchair back … | 6/17/2023 | E2611 | $282.40 | $282.40 | 1-5,7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/30/2023 | Cervical, collar, semi-rigid… | 6/17/2023 | L0172 | $75.00 | $75.00 | 1-5,7 |

*Allstate Ins. Co., et al v. Health Heaven Services Inc., et al.*
**Predicate Acts**

| Claim Number | Covered Person | Docs Mailed | Mailed By | Mailed To / Received By | Approx. Date of Mailing | Item/Service | Dates of Service | Billing Code | Amount Billed | Amount Paid | False Statements |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/30/2023 | Lumbar orthosis, sagittal co… | 6/17/2023 | L0627 | $322.98 | $322.98 | 1-5,7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/30/2023 | Delivery Fee | 6/17/2023 | E1399 | $15.00 | $0.00 | 1-3,5,7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 9/21/2023 | Delivery Fee | 8/20/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 9/21/2023 | Tlso, flexible, provides tru… | 8/20/2023 | L0455 | $239.42 | $239.42 | 1-5,7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 9/18/2023 | Tlso, flexible, provides tru… | 8/21/2023 | L0455 | $239.42 | $239.42 | 1-5,7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 9/11/2023 | Cervical traction equipment … | 8/24/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0712497188-06 | D.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 9/11/2023 | Lumbar-sacral orthosis, sagi… | 8/24/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0712533520-02 | L.O. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 8/7/2023 | Delivery Fee | 7/1/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0712533520-02 | L.O. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 8/7/2023 | Lumbar-sacral orthosis, sagi… | 7/1/2023 | L0631 | $806.64 | $806.64 | 1-5,7 |
| 0712801091-01 | D.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/29/2023 | Cervical traction equipment … | 6/22/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0712801091-01 | D.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/29/2023 | Delivery Fee | 6/22/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0712801091-01 | D.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/29/2023 | Lumbar-sacral orthosis, sagi… | 6/22/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0713537546-02 | J.P. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/22/2023 | Cervical traction equipment … | 6/10/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0713537546-02 | J.P. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/22/2023 | Lumbar-sacral orthosis, sagi… | 6/10/2023 | L0631 | $806.64 | $806.64 | 1-5,7 |
| 0713641512-01 | K.W. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/5/2023 | Cervical traction equipment … | 8/26/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0713778850-01 | D.M. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/30/2023 | Delivery Fee | 6/21/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0713778850-01 | D.M. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/30/2023 | Knee orthosis, adjustable kn… | 6/21/2023 | L1832 | $607.55 | $607.55 | 1-5,7 |
| 0714457546-01 | C.M. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 12/26/2023 | Cane, quad or three prong, i… | 11/30/2023 | E0105 | $18.75 | $18.75 | 1, 3-5,7 |
| 0714457546-01 | C.M. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 12/26/2023 | Knee orthosis, adjustable kn… | 11/30/2023 | L1832 | $607.55 | $607.55 | 1-5,7 |
| 0714793726-01 | M.V. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/22/2023 | Delivery Fee | 6/8/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0715721205-02 | A.G. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/26/2023 | Delivery Fee | 7/5/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0715721205-02 | A.G. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/26/2023 | Wrist hand orthosis, without… | 7/5/2023 | L3906 | $232.50 | $232.50 | 1-5,7 |
| 0715721205-02 | A.G. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/25/2023 | Cervical traction equipment … | 7/14/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0715721205-02 | A.G. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/25/2023 | Delivery Fee | 7/14/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0715772919-02 | R.S. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/13/2023 | Cold or hot fluid bottle, ic… | 5/24/2023 | A9273 | $5.40 | $5.40 | 1, 3-5,7 |
| 0715772919-02 | R.S. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/13/2023 | Dry pressure mattress | 5/24/2023 | E0184 | $153.13 | $153.13 | 1-5,7 |
| 0715772919-02 | R.S. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/13/2023 | Positioning cushion/pillow/w… | 5/24/2023 | E0190 | $22.04 | $22.04 | 1, 3-5,7 |
| 0715772919-02 | R.S. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/13/2023 | Dry pressure pad for mattres… | 5/24/2023 | E0199 | $19.48 | $19.48 | 1, 3-5,7 |
| 0715772919-02 | R.S. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/13/2023 | Cervical, collar, semi-rigid… | 5/24/2023 | L0172 | $75.00 | $75.00 | 1-5,7 |
| 0715772919-02 | R.S. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 6/13/2023 | Lumbar orthosis, sagittal co… | 5/24/2023 | L0627 | $322.98 | $322.98 | 1-5,7 |
| 0715782876-01 | N.B. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Cold or hot fluid bottle, ic… | 6/3/2023 | A9273 | $5.40 | $5.40 | 1, 3-5,7 |
| 0715782876-01 | N.B. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Dry pressure mattress | 6/3/2023 | E0184 | $153.13 | $153.13 | 1-5,7 |
| 0715782876-01 | N.B. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Positioning cushion/pillow/w… | 6/3/2023 | E0190 | $22.04 | $22.04 | 1, 3-5,7 |
| 0715782876-01 | N.B. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Electric heat pad, moist | 6/3/2023 | E0215 | $20.93 | $20.93 | 1, 3-5,7 |
| 0715782876-01 | N.B. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Transcutaneous electrical ne… | 6/3/2023 | E0730 | $76.25 | $76.25 | 1-5,7 |
| 0715782876-01 | N.B. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | General use wheelchair back … | 6/3/2023 | E2611 | $282.40 | $282.40 | 1-5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Cold or hot fluid bottle, ic… | 6/4/2023 | A9273 | $5.40 | $5.40 | 1, 3-5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Cane, quad or three prong, i… | 6/4/2023 | E0105 | $18.75 | $18.75 | 1, 3-5,7 |

*Allstate Ins. Co., et al v. Health Heaven Services Inc., et al.*
**Predicate Acts**

| Claim Number | Covered Person | Docs Mailed | Mailed By | Mailed To / Received By | Approx. Date of Mailing | Item/Service | Dates of Service | Billing Code | Amount Billed | Amount Paid | False Statements |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Positioning cushion/pillow/w… | 6/4/2023 | E0190 | $22.04 | $22.04 | 1, 3-5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Electric heat pad, moist | 6/4/2023 | E0215 | $20.93 | $20.93 | 1, 3-5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Transcutaneous electrical ne… | 6/4/2023 | E0730 | $76.25 | $76.25 | 1-5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Massager | 6/4/2023 | E1399 | $164.00 | $164.00 | 1-7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | General use wheelchair back … | 6/4/2023 | E2611 | $282.40 | $282.40 | 1-5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Lumbar orthosis, sagittal co… | 6/4/2023 | L0627 | $322.98 | $322.98 | 1-5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Knee orthosis, single upright… | 6/4/2023 | L1844 | $1,107.70 | $1,107.70 | 1-5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Ankle foot orthosis, plastic… | 6/4/2023 | L1930 | $194.00 | $194.00 | 1-5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Wrist hand orthosis, without… | 6/4/2023 | L3906 | $232.50 | $232.50 | 1-5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 6/27/2023 | Delivery Fee | 6/4/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 8/4/2023 | Delivery Fee | 7/7/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0715890927-03 | M.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 8/4/2023 | Lumbar-sacral orthosis, sagi… | 7/7/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0717183248-01 | D.E. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 12/8/2023 | Knee orthosis, adjustable kn… | 11/9/2023 | L1832 | $607.55 | $607.55 | 1-5,7 |
| 0717461750-01 | G.J. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/10/2023 | Shoulder orthosis, abduction… | 9/22/2023 | L3674 | $896.92 | $896.92 | 1-5,7 |
| 0717651277-02 | A.C. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/21/2023 | Delivery Fee | 9/1/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0717651277-02 | A.C. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/21/2023 | Lumbar-sacral orthosis, sagi… | 9/1/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0717651277-02 | A.C. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/23/2023 | Delivery Fee | 9/8/2023 | E1399 | $30.00 | $15.00 | 1-3,5,7 |
| 0717651277-02 | A.C. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/23/2023 | Shoulder orthosis, abduction… | 9/8/2023 | L3674 | $1,793.84 | $1,793.84 | 1-5,7 |
| 0718100720-01 | L.O. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/11/2023 | Dry pressure mattress | 6/29/2023 | E0184 | $153.13 | $153.13 | 1-5,7 |
| 0718100720-01 | L.O. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/11/2023 | Positioning cushion/pillow/w… | 6/29/2023 | E0190 | $22.04 | $22.04 | 1, 3-5,7 |
| 0718100720-01 | L.O. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/11/2023 | Dry pressure pad for mattres… | 6/29/2023 | E0199 | $19.48 | $19.48 | 1, 3-5,7 |
| 0718100720-01 | L.O. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/11/2023 | Water circulating heat pad w… | 6/29/2023 | E0217 | $425.00 | $412.03 | 1-5,7 |
| 0718100720-01 | L.O. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/11/2023 | Delivery Fee | 6/29/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0718100720-01 | L.O. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/11/2023 | General use wheelchair back … | 6/29/2023 | E2611 | $282.40 | $282.40 | 1-5,7 |
| 0718100720-01 | L.O. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/11/2023 | Cervical, collar, semi-rigid… | 6/29/2023 | L0172 | $75.00 | $75.00 | 1-5,7 |
| 0718100720-01 | L.O. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 7/11/2023 | Lumbar orthosis, sagittal co… | 6/29/2023 | L0627 | $322.98 | $322.98 | 1-5,7 |
| 0718219363-02 | E.B. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/3/2023 | Transcutaneous electrical ne… | 8/24/2023 | E0730 | $76.25 | $76.25 | 1-5,7 |
| 0718219363-02 | E.B. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/3/2023 | Form fitting conductive garm… | 8/24/2023 | E0731 | $71.05 | $71.05 | 1-5,7 |
| 0718219363-02 | E.B. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/3/2023 | Massager | 8/24/2023 | E1399 | $164.00 | $164.00 | 1-7 |
| 0718219363-02 | E.B. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/3/2023 | Delivery Fee | 8/24/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0719753823-01 | D.G. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 11/1/2023 | Knee orthosis, single upright… | 9/25/2023 | L1844 | $1,107.70 | $1,107.70 | 1-5,7 |
| 0719753823-01 | D.G. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 11/16/2023 | Wrist hand orthosis, without… | 11/3/2023 | L3906 | $232.50 | $232.50 | 1-5,7 |
| 0719792839-02 | R.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/5/2023 | Cervical traction equipment … | 8/15/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0719792839-02 | R.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/5/2023 | Delivery Fee | 8/15/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0719792839-02 | R.L. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/5/2023 | Lumbar-sacral orthosis, sagi… | 8/15/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0719792839-03 | J.D. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/5/2023 | Cervical traction equipment … | 8/24/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0720756220-05 | W.P. | Bill/Script | Health Heaven Services Inc. | Allstate Indemnity Co. | 12/26/2023 | Shoulder orthosis, shoulder … | 12/7/2023 | L3671 | $690.23 | $690.23 | 1-5,7 |
| 0720756220-06 | J.V. | Bill/Script | Health Heaven Services Inc. | Allstate Indemnity Co. | 11/6/2023 | Shoulder orthosis, shoulder … | 10/12/2023 | L3671 | $690.23 | $690.23 | 1-5,7 |

*Allstate Ins. Co., et al v. Health Heaven Services Inc., et al.*
**Predicate Acts**

| Claim Number | Covered Person | Docs Mailed | Mailed By | Mailed To / Received By | Approx. Date of Mailing | Item/Service | Dates of Service | Billing Code | Amount Billed | Amount Paid | False Statements |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0720832864-01 | D.W. | Bill/Script | Health Heaven Services Inc. | Allstate Indemnity Co. | 10/10/2023 | Shoulder elbow wrist hand or… | 9/28/2023 | L3962 | $499.12 | $499.12 | 1-5,7 |
| 0721709517-01 | Y.R. | Bill/Script | Health Heaven Services Inc. | Allstate Indemnity Co. | 9/19/2023 | Cervical traction equipment … | 8/18/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0721774289-02 | M.B. | Bill/Script | Health Heaven Services Inc. | Allstate Prop. & Cas. Ins. Co. | 10/19/2023 | Lumbar-sacral orthosis, sagi… | 9/15/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0722105590-01 | A.E. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 12/26/2023 | Cane, quad or three prong, i… | 11/30/2023 | E0105 | $18.75 | $18.75 | 1, 3-5,7 |
| 0722105590-01 | A.E. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 12/26/2023 | Knee orthosis, adjustable kn… | 11/30/2023 | L1832 | $607.55 | $607.55 | 1-5,7 |
| 0722691318-03 | K.D. | Bill/Script | Health Heaven Services Inc. | Allstate Indemnity Co. | 10/5/2023 | General use wheelchair back … | 8/26/2023 | E2611 | $564.80 | $282.40 | 1-5,7 |
| 0722691318-03 | K.D. | Bill/Script | Health Heaven Services Inc. | Allstate Indemnity Co. | 10/5/2023 | Lumbar orthosis, sagittal co… | 8/26/2023 | L0627 | $645.96 | $322.98 | 1-5,7 |
| 0722691318-06 | J.H. | Bill/Script | Health Heaven Services Inc. | Allstate Indemnity Co. | 10/11/2023 | Knee orthosis, adjustable kn… | 9/29/2023 | L1832 | $607.55 | $607.55 | 1-5,7 |
| 0723008314-03 | W.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 8/31/2023 | Cold or hot fluid bottle, ic… | 8/7/2023 | A9273 | $5.40 | $5.40 | 1, 3-5,7 |
| 0723008314-03 | W.C. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 8/31/2023 | Electric heat pad, moist | 8/7/2023 | E0215 | $20.93 | $20.93 | 1, 3-5,7 |
| 0723983854-03 | O.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/5/2023 | Cold or hot fluid bottle, ic… | 8/26/2023 | A9273 | $10.80 | $5.40 | 1, 3-5,7 |
| 0723983854-03 | O.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/5/2023 | Dry pressure mattress | 8/26/2023 | E0184 | $306.26 | $153.13 | 1-5,7 |
| 0723983854-03 | O.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/5/2023 | Positioning cushion/pillow/w… | 8/26/2023 | E0190 | $44.08 | $22.04 | 1, 3-5,7 |
| 0723983854-03 | O.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/5/2023 | Dry pressure pad for mattres… | 8/26/2023 | E0199 | $38.96 | $19.48 | 1, 3-5,7 |
| 0723983854-03 | O.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/5/2023 | Electric heat pad, moist | 8/26/2023 | E0215 | $41.86 | $20.93 | 1, 3-5,7 |
| 0723983854-03 | O.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/5/2023 | Transcutaneous electrical ne… | 8/26/2023 | E0730 | $152.50 | $76.25 | 1-5,7 |
| 0723983854-03 | O.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/5/2023 | Cervical traction equipment … | 8/26/2023 | E0855 | $1,005.26 | $502.63 | 1-5,7 |
| 0723983854-03 | O.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/5/2023 | General use wheelchair back … | 8/26/2023 | E2611 | $564.80 | $282.40 | 1-5,7 |
| 0723983854-03 | O.R. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/5/2023 | Lumbar orthosis, sagittal co… | 8/26/2023 | L0627 | $645.96 | $322.98 | 1-5,7 |
| 0725150833-01 | S.B. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 12/28/2023 | Wrist hand orthosis, without… | 12/14/2023 | L3906 | $232.50 | $232.50 | 1-5,7 |
| 0725251318-02 | J.P. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 12/14/2023 | Shoulder orthosis, abduction… | 11/16/2023 | L3674 | $896.92 | $896.92 | 1-5,7 |
| 0725405369-02 | P.F. | Bill/Script | Health Heaven Services Inc. | Allstate Prop. & Cas. Ins. Co. | 10/5/2023 | Dry pressure mattress | 8/30/2023 | E0184 | $153.13 | $153.13 | 1-5,7 |
| 0725405369-02 | P.F. | Bill/Script | Health Heaven Services Inc. | Allstate Prop. & Cas. Ins. Co. | 10/5/2023 | Positioning cushion/pillow/w… | 8/30/2023 | E0190 | $22.04 | $22.04 | 1, 3-5,7 |
| 0725405369-02 | P.F. | Bill/Script | Health Heaven Services Inc. | Allstate Prop. & Cas. Ins. Co. | 10/5/2023 | Dry pressure pad for mattres… | 8/30/2023 | E0199 | $19.48 | $19.48 | 1, 3-5,7 |
| 0725405369-02 | P.F. | Bill/Script | Health Heaven Services Inc. | Allstate Prop. & Cas. Ins. Co. | 10/5/2023 | Water circulating heat pad w… | 8/30/2023 | E0217 | $425.00 | $412.03 | 1-5,7 |
| 0725405369-02 | P.F. | Bill/Script | Health Heaven Services Inc. | Allstate Prop. & Cas. Ins. Co. | 10/5/2023 | Cervical, collar, semi-rigid… | 8/30/2023 | L0172 | $75.00 | $75.00 | 1-5,7 |
| 0725405369-02 | P.F. | Bill/Script | Health Heaven Services Inc. | Allstate Prop. & Cas. Ins. Co. | 10/5/2023 | Lumbar orthosis, sagittal co… | 8/30/2023 | L0627 | $322.98 | $322.98 | 1-5,7 |
| 0725405369-02 | P.F. | Bill/Script | Health Heaven Services Inc. | Allstate Prop. & Cas. Ins. Co. | 10/3/2023 | Cervical traction equipment … | 9/16/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0725405369-02 | P.F. | Bill/Script | Health Heaven Services Inc. | Allstate Prop. & Cas. Ins. Co. | 10/3/2023 | Shoulder orthosis, abduction… | 9/16/2023 | L3674 | $1,793.84 | $1,793.84 | 1-5,7 |
| 0726544463-02 | J.L. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 12/22/2023 | Shoulder orthosis, abduction… | 11/22/2023 | L3674 | $896.92 | $896.92 | 1-5,7 |
| 0726572308-01 | G.G. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 11/6/2023 | Knee orthosis, adjustable kn… | 11/4/2023 | L1832 | $607.55 | $607.55 | 1-5,7 |
| 0726572308-02 | S.G. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 12/1/2023 | Lumbar-sacral orthosis, sagi… | 11/17/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0726884513-04 | K.A. | Bill/Script | Health Heaven Services Inc. | Allstate Indemnity Co. | 10/10/2023 | Cervical traction equipment … | 9/27/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0727589236-02 | V.G. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 11/10/2023 | Cervical traction equipment … | 11/5/2023 | E0855 | $502.63 | $502.63 | 1-5,7 |
| 0727589236-02 | V.G. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 11/10/2023 | Lumbar-sacral orthosis, sagi… | 11/5/2023 | L0637 | $844.13 | $844.13 | 1-5,7 |
| 0728344847-02 | J.A. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/10/2023 | Cold or hot fluid bottle, ic… | 9/25/2023 | A9273 | $5.40 | $5.40 | 1, 3-5,7 |
| 0728344847-02 | J.A. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/10/2023 | Transcutaneous electrical ne… | 9/25/2023 | E0730 | $76.25 | $76.25 | 1-5,7 |
| 0728344847-02 | J.A. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/10/2023 | Massager | 9/25/2023 | E1399 | $164.00 | $164.00 | 1-7 |

*Allstate Ins. Co., et al v. Health Heaven Services Inc., et al.*
**Predicate Acts**

| Claim Number | Covered Person | Docs Mailed | Mailed By | Mailed To / Received By | Approx. Date of Mailing | Item/Service | Dates of Service | Billing Code | Amount Billed | Amount Paid | False Statements |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0728344847-02 | J.A. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/10/2023 | Cervical, collar, semi-rigid… | 9/25/2023 | L0172 | $75.00 | $75.00 | 1-5,7 |
| 0728344847-02 | J.A. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/10/2023 | Lumbar orthosis, sagittal co… | 9/25/2023 | L0627 | $322.98 | $322.98 | 1-5,7 |
| 0728344847-02 | J.A. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/10/2023 | Delivery Fee | 9/25/2023 | E1399 | $15.00 | $0.00 | 1-3,5,7 |
| 0728546896-02 | G.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/29/2023 | Dry pressure mattress | 9/15/2023 | E0184 | $153.13 | $153.13 | 1-5,7 |
| 0728546896-02 | G.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/29/2023 | Positioning cushion/pillow/w… | 9/15/2023 | E0190 | $22.04 | $22.04 | 1, 3-5,7 |
| 0728546896-02 | G.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/29/2023 | Water circulating heat pad w… | 9/15/2023 | E0217 | $425.00 | $412.03 | 1-5,7 |
| 0728546896-02 | G.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/29/2023 | General use wheelchair back … | 9/15/2023 | E2611 | $282.40 | $282.40 | 1-5,7 |
| 0728546896-02 | G.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/29/2023 | Cervical, collar, semi-rigid… | 9/15/2023 | L0172 | $75.00 | $75.00 | 1-5,7 |
| 0728546896-02 | G.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 9/29/2023 | Lumbar orthosis, sagittal co… | 9/15/2023 | L0627 | $322.98 | $322.98 | 1-5,7 |
| 0728546896-02 | G.K. | Bill/Script | Health Heaven Services Inc. | Allstate Ins. Co. | 12/21/2023 | Knee orthosis, adjustable kn… | 12/1/2023 | L1832 | $607.55 | $607.55 | 1-5,7 |
| 0728948134-01 | N.M. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/6/2023 | Dry pressure mattress | 9/29/2023 | E0184 | $153.13 | $153.13 | 1-5,7 |
| 0728948134-01 | N.M. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/6/2023 | Positioning cushion/pillow/w… | 9/29/2023 | E0190 | $22.04 | $22.04 | 1, 3-5,7 |
| 0728948134-01 | N.M. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/6/2023 | Delivery Fee | 9/29/2023 | E1399 | $15.00 | $15.00 | 1-3,5,7 |
| 0728948134-01 | N.M. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/6/2023 | General use wheelchair back … | 9/29/2023 | E2611 | $282.40 | $282.40 | 1-5,7 |
| 0728948134-01 | N.M. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/6/2023 | Cervical, collar, semi-rigid… | 9/29/2023 | L0172 | $75.00 | $75.00 | 1-5,7 |
| 0728948134-01 | N.M. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 10/6/2023 | Lumbar orthosis, sagittal co… | 9/29/2023 | L0627 | $322.98 | $322.98 | 1-5,7 |
| 0729522507-01 | P.Y. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 11/3/2023 | Electric heat pad, moist | 9/25/2023 | E0215 | $20.93 | $20.93 | 1, 3-5,7 |
| 0729670702-01 | P.O. | Bill/Script | Health Heaven Services Inc. | Allstate Fire & Cas. Ins. Co. | 11/2/2023 | Electric heat pad, moist | 10/6/2023 | E0215 | $20.93 | $20.93 | 1, 3-5,7 |